# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Sherryce Valentine** | : | Case No.: **25-10990** |
| | : | **Chapter 13** |
| Debtor(s). | : | Judge **Derek J. Baker** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **Union Home Mortgage Corp.** ("Creditor"). Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Stephen R. Franks  
Stephen R. Franks (0075345)  
MDK Legal  
P.O. Box 165028  
Columbus, OH  43216-5028  
614-220-5611; Fax 614-627-8181  
SRFranks@mdklegal.com  

/s/ Adam B. Hall  
Adam B. Hall (323867)  
MDK Legal  
P.O. Box 165028  
Columbus, OH  43216-5028  
614-220-5611; Fax: 614-627-8181  
ABHall@mdklegal.com  

25-007824_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 25-10990 |
| **Sherryce Valentine** | : Chapter 13 |
| | : Judge Derek J. Baker |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Union Home Mortgage Corp.** | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| **Sherryce Valentine** | : |
| **Kenneth E. West** | : |
| Respondents. | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

MICHAEL A. CIBIK, Attorney for Sherryce Valentine, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Sherryce Valentine, 7834 Forrest Ave, Philadelphia, PA  19150-2106

/s/ Adam B. Hall

25-007824_PS