# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 25-10990** |
| **Sherryce Valentine** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Union Home Mortgage Corp.** | : | **Related Document # 22** |
| Movant, | : | |
| vs | : | |
| | : | |
| **Sherryce Valentine** | : | |
| **Kenneth E. West, Trustee** | : | |
| Respondents. | : | |

## PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 22)

Now comes Union Home Mortgage Corp. ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on May 30, 2025. The Objection to Confirmation of Plan needs to be withdrawn because Debtor filed an Amended Plan on 6/13/25 at Docket 25 resolving Creditor's objection.

Respectfully submitted,

/s/ Adam B. Hall
_____

Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-007824_KJB

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 25-10990 |
| **Sherryce Valentine** | : **Chapter 13** |
| | : **Judge Derek J. Baker** |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| **Union Home Mortgage Corp.** | : **Related Document # 22** |
| Movant, | : |
| vs | : |
| | : |
| **Sherryce Valentine** | : |
| **Kenneth E. West, Trustee** | : |
| Respondents. | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 22) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

MICHAEL A. CIBIK, Attorney for Sherryce Valentine, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Sherryce Valentine, 7834 Forrest Ave, Philadelphia, PA  19150-2106

/s/ Adam B. Hall

25-007824_KJB