United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-10990-djb
Sherryce Valentine  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: Aug 14, 2025   Form ID: 155   Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sherryce Valentine, 7834 Forrest Ave, Philadelphia, PA 19150-2106 |
| 14987043 | ++ | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION, STRAWBERRY SQUARE, 15TH FLOOR, HARRISBURG PA 17120-0001 address filed with court:, Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15007626 | + | PNC Bank, National Association Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg OH 45342-5421 |
| 14987047 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14987054 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |
| 14987058 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15001998 | + | Union Home Mortgage Corp, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15008236 | + | Union Home Mortgage Corp., Attn: Servicing, 14843 Sprague Road Ste. I, Strongsville, OH 44136-6602 |
| 14987059 | + | Univest Bank & Trust C, 14 Main St, Souderton, PA 18964-1713 |
| 14987060 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438 MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14987029 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 15 2025 00:44:57 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14987030 | + | Email/Text: bankruptcy@amerifirst.com | Aug 15 2025 00:39:00 | Amerifirsthm, 950 Trade Centre Way, Kalamazoo, MI 49002-0487 |
| 14987035 | | Email/Text: megan.harper@phila.gov | Aug 15 2025 00:39:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15034684 | | Email/Text: megan.harper@phila.gov | Aug 15 2025 00:39:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14987031 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2025 00:45:11 | Cap1/kohls, Attn: Bankruptcy, PO Box 3043, Miwaukee, WI 53201-3043 |
| 14987032 | ^ | MEBN | Aug 15 2025 00:36:08 | Ccb/onepro, Po Box 513717, Los Angeles, CA 90051-3717 |
| 14987033 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 00:44:56 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 14993215 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 00:44:56 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14987034 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 00:45:12 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14987036 | | Email/Text: bankruptcy@philapark.org | | |

Case 25-10990-djb   Doc 38   Filed 08/16/25   Entered 08/17/25 00:38:57   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 155 | Total Noticed: 46 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Aug 15 2025 00:39:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14987037 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2025 00:39:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14987038 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2025 00:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15000307 | + | Email/Text: RASEBN@raslg.com | Aug 15 2025 00:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14987039 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2025 00:45:29 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14987040 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2025 00:44:59 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14987041 | | Email/Text: EBN@Mohela.com | Aug 15 2025 00:39:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14996775 | | Email/Text: EBN@Mohela.com | Aug 15 2025 00:39:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14987042 | + | Email/PDF: cbp@omf.com | Aug 15 2025 00:45:09 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 15007310 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2025 00:39:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14987049 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2025 00:39:00 | PNC Financial, Attn: Bankruptcy, 300Fifth Ave, Pittsburgh, PA 15222 |
| 14987050 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2025 00:39:00 | PNC Financial Services, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 14987051 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2025 00:39:00 | PNC Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458 |
| 14987044 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2025 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14987045 | | Email/Text: blegal@phfa.org | Aug 15 2025 00:39:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14987046 | ^ | MEBN | Aug 15 2025 00:35:48 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14987048 | | Email/Text: bankruptcy@philapark.org | Aug 15 2025 00:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14987052 | | Email/Text: bknotice@raslavrar.com | Aug 15 2025 00:39:00 | RAS LaVrar, LLC, Attn: Mike Lipinski, 425 Commerce Dr Ste 150, Ft Washington, PA 19034-2727 |
| 14987053 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2025 00:45:12 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14987055 | + | Email/Text: bankruptcy@td.com | Aug 15 2025 00:39:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 14999106 | + | Email/Text: tdebn@credbankserv.com | Aug 15 2025 00:39:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14987056 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 15 2025 00:39:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15001260 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 15 2025 00:39:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis |

Case 25-10990-djb   Doc 38   Filed 08/16/25   Entered 08/17/25 00:38:57   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 155 | Total Noticed: 46 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | MO 63166-0108 |
| 14987057 | Email/Text: RPSBankruptcyBNCNotification@usbank.com  Aug 15 2025 00:39:00 | | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 15001483 | Email/Text: amps@manleydeas.com  Aug 15 2025 00:39:00 | | Union Home Mortgage Corp., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14987061 | Email/Text: Bankruptcy@wsfsbank.com  Aug 15 2025 00:39:00 | | WSFS Bank, 500 Delaware Ave, Wilmington, DE 19801-1490 |
| 14987062 | Email/Text: bkfilings@zwickerpc.com  Aug 15 2025 00:39:00 | | Zwicker & Associates, P.C., Attn: Bankruptcy, 900 Northbrook Dr Ste 102, Fstrvl Trvose, PA 19053-8432 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15007627 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg OH 45342 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Aug 16, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Union Home Mortgage Corp. amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Sherryce Valentine help@cibiklaw.com  noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Sherryce Valentine  )  Case No. 25−10990−djb
    )
    )
    Debtor(s).  )  Chapter: 13
    )
    )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: August 14, 2025                                          For The Court

                                                                                            Derek J Baker
                                                                                            Judge, United States Bankruptcy Court