**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF**
**PENNSYLVANIA PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>　　Sherryce Valentine<br><br>　　　　Debtor(s)<br>PNC Bank, National Association<br><br>　　　　Movant<br>V.<br>Sherryce Valentine<br>　　　　Debtor<br><br>Kenneth E. West<br><br>　　　　Trustee | Chapter 13<br><br>Case Number: 25-10990-djb |

**MOTION FOR RELIEF FROM AUTOMATIC STAY WITH RESPECT TO PROPERTY: 7834 FORREST AVE., PHILADELPHIA, PA 19150**

　　PNC Bank, National Association, through its Counsel, McCalla Raymer Leibert Pierce, LLP, respectfully requests the Court grant its Motion for Relief and in support thereof respectfully represents as follows:

1. Movant is PNC Bank, National Association (hereafter referred to as "Movant").

2. Debtor(s), Sherryce Valentine, is the owner of the property located 7834 Forrest Ave., Philadelphia, PA 19150.

3. On March 14, 2023, Sherryce Valentine, executed and delivered a Choice Home Equity Line of Credit - Principal and Interest Agreement and Disclosure Statement in the principal sum of $76,400.00 to PNC Bank, National Association. A copy of the Choice Home Equity Line of Credit - Principal and Interest Agreement and Disclosure Statement is attached as Exhibit "A" and is hereby incorporated by reference.

4. As security for the repayment of the Choice Home Equity Line of Credit - Principal and Interest Agreement and Disclosure Statement, Sherryce Valentine ("Borrower"), executed and delivered a Open-End Mortgage to PNC Bank, National Association. The Open-End Mortgage was duly recorded in the Records Department in and for Philadelphia, PA on April 10, 2023, as Doc Id: 54166974. A copy of the Open-End Mortgage is attached as Exhibit "B" and is hereby incorporated by reference.

5. The Open-End Mortgage encumbers Debtor's real property located at 7834 Forrest Ave., Philadelphia, PA 19150.

6. Debtor(s) filed the instant Chapter 13 Bankruptcy on March 12, 2025 and, as a result, any state court proceedings were stayed.

7. As of October 1, 2025, the Debtor's Open-End Mortgage loan is in default and is currently due for the May 28, 2025 payment and each subsequent payment through the date of the motion. Debtor has failed to make the following post-petition payments to Movant:

**POST-PETITION PAYMENTS IN DEFAULT**

| Monthly Payments in Default........................ | | | 05/28/2025-09/28/2025 |
|---|---|---|---|
| Due Date | Due Amount | #Months | Total Due |
| 5/28/25-9/28/25 | $535.75 | 5 | $2,678.75 |
| Suspense Balance:........................ | | | ($0.25) |
| Total Amounts Due as of October 1, 2025: | | | $2,678.50 |

8. As a result of the Debtor's default and failure to make payments or to otherwise adequately provide for Movant in the bankruptcy filing, Movant is not adequately protected and is entitled to relief.

9. As of October 1, 2025, the Unpaid Principal Balance of the loan is $48,068.17. The total debt of the loan is $50,739.42.

10. To the extent the Court does not find that relief is appropriate, then Movant requests that the stay be conditioned such that in the event the Debtor(s) fall(s) behind on post-petition payments or trustee payments that Movant may receive relief upon default by the Debtor(s) of the terms of the conditional order.

11. Movant requests that the stay of Bankruptcy Rule 4001(a)(4) be waived.

12. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, legal fees and costs will be incurred by Movant. Attorney fees and court filing costs not to exceed $1,549.00 amount will be incurred for representation in this matter. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

WHEREFORE, Movant, PNC Bank, National Association, respectfully requests this Court to grant the appropriate relief under 11 U.S.C. §362 from the automatic stay as set forth in the proposed order together with waiver of Bankruptcy Rule 4001(a)(4).

    Respectfully Submitted:

    McCalla Raymer Leibert Pierce, LLP

Dated: 11/10/2025

By: */s/ Mark Cronin*
Mark Cronin
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
Telephone: 215-402-6989
mark.cronin@mccalla.com