# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF
## PENNSYLVANIA PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    Sherryce Valentine<br><br>          Debtor(s)<br>PNC Bank, National Association<br><br>          Movant<br>V.<br>Sherryce Valentine<br>             Debtor<br><br>Kenneth E. West<br><br>         Trustee | Chapter 13<br><br>Case Number: 25-10990-djb |

## ORDER

    AND NOW, this _____ day of _____ , 2025, upon the motion of PNC Bank, National Association, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, PNC Bank, National Association (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 7834 Forrest Ave., Philadelphia, PA 19150.

    It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(4) is hereby waived.

                                             BY THE COURT:

                                             _____
                                             UNITED STATES BANKRUPTCY JUDGE