## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Sherryce Valentine | **CHAPTER:**    13 |
| **Debtor(s)** | **CASE NO.**    25-10990-djb |

## POST-PETITION PAYMENT HISTORY
## CHOICE HOME EQUITY LINE OF CREDIT - PRINCIPAL AND INTEREST
## AGREEMENT AND DISCLOSURE STATEMENT AND OPEN-END MORTGAGE
## DATED MARCH 14, 2023

Recorded on <u>04/10/2023,</u> in <u>Philadelphia</u> County, as <u>Doc Id: 54166974</u>.

Property Address:
**7834 Forrest Ave., Philadelphia, PA 19150**

Open-End Mortgage Servicer:
**PNC Bank, National Association**

Post-petition mailing address for Debtor(s) to send payment:
**PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342**

Mortgagor(s)/Debtor(s):
**Sherryce Valentine**

Payments are contractually due:

Monthly ☒ Semi-monthly   ☐ Bi-weekly   ☐ Other **Enter text**

Each Monthly Payment is comprised of:

| | |
|---|---|
| Principal and Interest..... | <u>$535.75</u> |
| R.E. Taxes...................... | <u>N/A</u> |
| Insurance........................ | <u>N/A</u> |
| Late Charge.................... | <u>N/A</u> |
| Other............................. | <u>N/A</u>   (Specify: <u>Escrow</u>) |
| **TOTAL**........................ | <u>$535.75</u> |

**POST-PETITION PAYMENTS** (Petition was filed on <u>03/12/2025</u>)

| Transaction Date | All Funds Received | Post-Petition Amount Received | Post-Petition Payment Suspense Deposit / Disbursements | Debtor Suspense Total |
|---|---|---|---|---|
| | | | Case Number | 25-10990 |
| | | | Filing Date | 3/12/2025 |
| | | | Chapter Filed | 13 |
| | | | Beginning Balances | |
| | | | | $0.00 |
| 4/17/2025 | $535.75 | $535.75 | $535.75 | $535.75 |
| 4/18/2025 | | | ($535.75) | $0.00 |
| 5/28/2025 | $536.00 | $536.00 | $536.00 | $536.00 |
| 5/29/2025 | | | ($535.75) | $0.25 |
| | | | | $0.25 |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: **5** as of **10/01/2025**.

TOTAL AMOUNT OF POST-PETITION ARREARS: **$2,678.75, less a suspense of $(0.25) = $2,678.50** as of **10/01/2025**.

Dated:    November 6, 2025

**PNC Bank, National Association**
Open-End Mortgage Company
Aimee D. Sumitra - Authorized Signer
(Print Name and Title)