# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF
## PENNSYLVANIA PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    Sherryce Valentine<br><br>        DEBTOR(S)<br>PNC Bank, National Association<br><br>        MOVANT<br>V.<br>Sherryce Valentine<br>        Debtor<br><br>  KENNETH E. WEST<br>    Trustee<br><br>      Respondent(s) | Chapter 13<br><br>Case Number: 25-10990-djb |

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC §362, together with Order, Notice of Motion and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Sherryce Valentine
7834 Forrest Ave.
Philadelphia, PA 19150-2255
*Debtor*

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
*Debtor's Counsel*

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
*Chapter13 Trustee*

U.S. Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

| | |
|---|---|
| 11/10/2025 | By: */s/ Mark Cronin* <br> Mark Cronin <br> mark.cronin@mccalla.com |