**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| In Re: | Chapter: 13 |
|---|---|
| Sherryce Valentine, | Bankruptcy Case: 25-10990-djb |
| | Judge: Derek J Baker |
| Debtor(s) | |
| PNC Bank, National Association<br>Movant<br>v. | |
| Sherryce Valentine,<br>Debtor(s) | |
| Kenneth E. West<br>Trustee | |
| Respondent(s) | |

**ORDER APPROVING STIPULATION**

AND NOW, upon consideration of the Stipulation between Debtor and PNC Bank, National Association, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

DATE: _____        _____

Derek J. Baker
United States Bankruptcy Judge