United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 25-10990-djb

Sherryce Valentine                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 22, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sherryce Valentine, 7834 Forrest Ave, Philadelphia, PA 19150-2106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Union Home Mortgage Corp. amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PNC Bank  National Association philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Sherryce Valentine help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>Sherryce Valentine,<br><br><br><br>Debtor(s)<br><br><br>PNC Bank, National Association<br>Movant<br>v.<br><br>Sherryce Valentine,<br>Debtor(s)<br>Kenneth E. West<br>Trustee<br><br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 25-10990-djb<br><br>Judge: Derek J Baker |

**ORDER APPROVING STIPULATION**

AND NOW, upon consideration of the Stipulation between Debtor and PNC Bank, National Association, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

DATE: **April 22, 2026** _____   _____

Derek J. Baker
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>Sherryce Valentine,<br><br><br><br>Debtor(s)<br><br><br>PNC Bank, National Association<br>Movant<br>v.<br><br>Sherryce Valentine,<br>Debtor(s)<br>Kenneth E. West<br>Trustee<br><br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 25-10990-djb<br><br>Judge: Derek J Baker |

**STIPULATION SETTLING MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, upon the Motion of PNC Bank, National Association and any and all successors and assignee's (hereinafter collectively referred to as "Creditor"), through its Counsel, McCalla Raymer Leibert Pierce, LLC, under 11 U.S.C. § 362(d) for relief from the automatic stay as to Debtor's real property located at **7834 FORREST AVE., PHILADELPHIA, PA 19150** (hereinafter, the "Property"), and the parties agreeing to the entry of the Order settling the Motion for Relief and for cause shown, it is hereby STIPULATED AND SETTLED as follows:

1. As of the signing of this Order, Sherryce Valentine (hereinafter, "Debtor") acknowledges that Debtor is due for the following post-petition regular monthly payments:

| Number of Missed Payments | From | To | Principal and Interest | Total Amounts Missed |
|---|---|---|---|---|
| 9 | 05/28/2025 | 01/28/2022 | $535.75 | $4,821.75 |
| Less post-petition partial payments (suspense balance): | | | | ($0.25) |

**Total Amount of Post-Petition Payments Due:** **$4,821.50**

| | |
|---|---|
| Motion for Relief Attorney's Fees: | $1,050.00 |
| Motion for Relief Filing Fee: | $199.00 |
| Total to be paid by Stipulation: | **$6,070.50** |

2. Debtor shall cure the Arrears as set forth above by filing an Amended Plan within thirty (30) days of the entry of this Stipulation. Debtor's Amended Plan shall incorporate Arrears in the amount of $6,070.50.

3. Debtor agrees to continue making their regular monthly mortgage payments due ($535.75/month) directly to Creditor beginning on February 28, 2026, and further agrees to remain current on all monthly mortgage payments. In the event the regular monthly mortgage payments change for any reason, then the amount due shall be adjusted accordingly.

4. Debtor shall make the regular monthly payments required to the Trustee.

5. All payments due to Creditor from Debtor are to be made directly to Creditor pursuant to the applicable Proof of Claim or Transfer of Claim, making sure that Debtor's loan number appears on all payments.

6. In the event Debtor fails to make any of the payments set forth hereinabove (or payments for real estate taxes and/or hazard insurance when due) on or before their due dates, Creditor and/or Counsel may give Debtor and Debtor's counsel notice of the default.

7. If any such default is not cured within ten (10) days of said notice of the default, upon certification to the court of such default, and request for Order, with a copy to Debtor and Debtor's counsel, Creditor shall immediately have relief from the bankruptcy stay.

8. Debtor shall pay all attorney's fees and costs for each Notice of Default issued by Creditor as a result of Debtor's failure to make payments in accordance with this Stipulation.

9. The failure by Creditor, at any time, to file a Certification of Default upon default by Debtor shall not be construed, nor shall such failure act, as a waiver of any of Creditor's rights hereunder.

10. Upon issuance of the aforesaid Order, the parties hereto further agree that Creditor may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.

11.     In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code, Debtor shall pay all pre-petition arrears and post-petition arrears within ten (10) days from the date that the case is converted. If Debtor fails to make payment in accordance with this paragraph then Creditor, through Counsel, may file a certification setting forth said failure and Creditor shall be granted immediate relief from the automatic stay.

12.     It is further agreed that the 14-day stay provided by Rule 4001(a)(4) is hereby waived. In the event an order granting relief is entered then the requirements of 3002.1 shall NOT apply to Creditor.

13.     If, at any time, the instant case is Discharged, Dismissed or converted, this Agreed Order ceases to be binding.

14.     Facsimile signatures shall be as valid as original signatures, and this Stipulation may be signed in counterparts.

[SIGNATURE PAGE FOLLOWS]

By signing this Stipulation, Debtor's Counsel represents that Debtor is familiar with and understand the terms of the Stipulation and agree to said terms regardless of whether Debtor has actually signed said stipulation. Seen and agreed by the parties on the date set forth below:

|  |  |
|---|---|
| "Debtor" | "Movant" |

By:  /s/ Michael A. Cibik

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Fax: 215-735-1060
Email: help@cibiklaw.com

**ATTORNEY FOR DEBTOR**
Date: 4/21/26

/s/Mark  Cronin

Mark A. Cronin
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 800
Philadelphia, Pennsylvania, 19106
Direct Phone: 215-402-6989
mark.cronin@mccalla.com

**ATTORNEY FOR MOVANT**
Date: 4/17/26

"Trustee"

No Objection - Without Prejudice  to Any Trustee Rights or Remedies

By:  /s/ LeeAne O. Huggins

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee,
190 N. Independence Mall West,
Suite 701,
Philadelphia, PA 19106

**CHAPTER 13 TRUSTEE**
Date: 4/21/26