## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Sherryce Valentine,<br><br><div align="right">*Debtor*.</div> | Chapter 13<br>Case No. 25-10990-DJB |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the

confirmed Chapter 13 Plan (doc. # 50, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 49) is **APPROVED**.

**Date:**

_____
Honorable Derek K. Baker
U.S. Bankruptcy Judge