**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Sherryce Valentine, <br><br> *Debtor.* | Chapter 13 <br> Case No. 25-10990-DJB |

**Certificate of Service**

I, Michael A. Cibik, certify that on May 4, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan

- Motion to Modify Plan After Confirmation and Proposed Order

- Notice of Motion to Modify Plan After Confirmation

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: May 4, 2026

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Union Home Mortgage Corp**
Attn: Servicing
14843 Sprague Road Ste. I
Strongsville, Ohio 44136
Method of Service: CM/ECF

**PNC Bank, National Association**
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342
Method of Service: CM/ECF

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
Tax & Revenue Unit
1401 John F. Kennedy Blvd, 5th Floor
Philadelphia, PA 19102-1595
Method of Service: First Class Mail