**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Sherryce Valentine, | Chapter 13 |
| | Case No. 25-10990-DJB |
| *Debtor*. | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the

confirmed Chapter 13 Plan (doc. # 50, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 49) is **APPROVED**.

**Date:** **June 5, 2026**

_____
Honorable Derek K. Baker
U.S. Bankruptcy Judge